■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR TORRES, Appellant. [665 NYS2d 932] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 13, 1995 (*People v Torres,* 213 AD2d 503), affirming a judgment of the Supreme Court, Kings County, rendered March 22, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Ritter, Copertino and Thompson, JJ., concur.